NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
STEVEN W. MYHRE
Assistant United States Attorney
Nevada Bar No. 9635
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
Steven.Myhre@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 2:19-mj-00169-PAL |
| Plaintiff, | MOTION TO DISMISS |
| v. | |
| COREY MICHAEL HARDMAN, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a), the United States, by and through the undersigned, respectfully seeks leave to dismiss the Criminal Complaint filed on March 5, 2019, charging the defendant with one count of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073. ECF No. 1. The United States has resolved this matter and no longer intends to proceed with the prosecution of this case by Criminal Complaint.

**WHEREFORE**, the United States respectfully seeks an Order dismissing the Complaint without prejudice, a proposed order being attached at Exhibit A.

Respectfully submitted this 7th day of May, 2019.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney


*/ s / Steven W. Myhre*
STEVEN W. MYHRE
Assistant United States Attorney

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY MICHEAL HARDMAN,

    Defendant.

Magistrate No. 2:19-mj-00169-PAL

ORDER OF DISMISSAL

    This matter coming on the government's Rule 48(a) Motion to Dismiss the Complaint ("Motion"), the Court having considered the premises therein, and good cause showing, the Motion is **GRANTED**.

    **IT IS ORDERED** that the Criminal Complaint filed on March 5, 2019, as to the named defendant in the above-captioned case, shall be, and is, **DISMISSED** without prejudice.

    DATED this 10th of May, 2019.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE